UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 16-CR-142

JAMES E. PODOLSKE, JR,

    Defendant.

## ORDER GRANTING MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

Defendant James E. Podolske, Jr. was convicted of wire fraud and procurement fraud and sentenced to fourteen months in prison, followed by one year of supervised release. He has now completed his term of imprisonment and almost nine months of his supervised release. He has paid off his restitution and has met all other financial obligations. The government does not oppose the motion.

Based on the foregoing, the motion is granted. Supervision is hereby terminated.

**SO ORDERED** this __4th__ day of April, 2019.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court